PS 42A
(NCW 5/10)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DAVID TATUM | ) Docket No.: | 0419 3:22CR00157-001 |
| | ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, David Tatum, have discussed with Chelsey Padilla, Sr. United States Probation Officer, modification of my release as follows:

The defendant's daughter, Cora, will under no circumstances be alone with the defendant to include the restroom, bathing or clothing changes. The defendant's interactions with Cora for the entire visit will be monitored by the approved supervising adult in its entirety.

I consent to this modification of my release conditions and agree to abide by this modification.

Defendant: _[signature]_  11/14/22
Defendant                                             Date

Witness: _[signature]_  11/14/22
U.S. Probation Officer                          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_  11/14/22
Defense Counsel                                 Date

cc: Defendant - Copy