# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO. 3:22-cr-00157-KDB |
|---|---|
| v. | ) |
| | ) **GOVERNMENT'S EXHIBIT LIST** |
| DAVID TATUM | ) |

The United States of America files its exhibit list in this case. The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 1a | **Physical Evidence:** My Passport HD | | | |
| 1b | Photo of My Passport HD (1a): back | | | |
| 1c | **CP:** LS Video | | | |
| 1d | **CP:** M.C. Video | | | |
| 1d-1 | Screenshot of M.C. Video | | | |
| 1e | **CP:** M.C. Video metadata | | | |
| 1f | GPS Data for M.C. Video | | | |
| 1g | Video of K.C., titled "IMG_3696" | | | |
| 1h | K.C. Video metadata | | | |
| 1i | Video of F.L., titled "IMG_1089" | | | |
| 1j | My Passport - Metadata for Video of F.L., titled "IMG_1089" | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 1k | Video of F.L., titled "IMG_1090" | | | |
| 1L | My Passport - Metadata for Video of F.L., titled "IMG_1090" | | | |
| 1m | Video of F.L., titled "IMG_1091" | | | |
| 1n | My Passport - Metadata for Video of F.L., titled "IMG_1091" | | | |
| 1o | Attribution for My Passport – JetBlue Boarding Pass | | | |
| 1p | Attribution for My Passport – Tax Return 2010 | | | |
| 2a | **Physical Evidence:** iPhone Model A1549 | | | |
| 2b | Photo of iPhone (2a): back without case | | | |
| 2c | Screenshot of List of Images on iPhone (2a) – 103Apple | | | |
| 2d | Screenshot of List of Images on iPhone (2a) – 101Apple | | | |
| 2e | Attribution for iPhone – Certificate of Fellowship with University of Rochester | | | |
| 2f | Attribution for iPhone – Itinerary | | | |
| 2g | Attribution for iPhone – Interview Schedule | | | |
| 2h | Attribution for iPhone – NY DL | | | |
| 2i | Attribution for iPhone – Owner Information | | | |
| 3a | **Physical Evidence:** HP Pavilion | | | |
| 3b | Photo of HP Pavilion (3a): hard drive | | | |
| 3c | **CP:** vidweb_174 | | | |
| 3d | Metadata for vidweb_174 | | | |
| 3e | **CP:** vidweb_172 | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 3f | Metadata for vidweb_172 | | | |
| 3g | Index of "pthc" in HP (3a) | | | |
| 3h | Attribution for HP – Tax Return 2012 | | | |
| 3i | Attribution for HP – Tax Return 2013 | | | |
| 3j | Attribution for HP – DAVID TATUM resume | | | |
| 4a | **Physical Evidence:** Medical College of Wisconsin Thumb Drive | | | |
| 4b | Photo of Medical College of Wisconsin Thumb Drive (4a): front | | | |
| 4c | Photo of Medical College of Wisconsin Thumb Drive (4a): back | | | |
| 4d | **CP:** Screenshot of Folders: CPT, EMOR, SSV | | | |
| 4e-1 | **CP:** screenshot of images in CPT Folder | | | |
| 4e-2 | Clothed minor on cellphone in CPT Folder | | | |
| 4e-3 | **CP:** nude minor on cellphone in CPT Folder | | | |
| 4e-4 | Clothed minor on cellphone metadata in MacBook | | | |
| 4e-5 | **CP:** nude minor on cellphone metadata in MacBook | | | |
| 4e-6 | Clothed minor at pool in CPT Folder | | | |
| 4e-7 | **CP:** nude minor at pool in CPT Folder | | | |
| 4e-8 | Clothed minor at pool metadata in MacBook | | | |
| 4e-9 | **CP:** nude minor at pool metadata in MacBook | | | |
| 4e-10 | Clothed minor next to curtain in CPT Folder | | | |
| 4e-11 | **CP:** nude minor next to curtain in CPT Folder | | | |
| 4f-1 | **CP:** screenshot of images in EMOR Folder | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 4f-2 | Clothed photo of E.C.H. | | | |
| 4f-3 | **CP:** nude photo of E.C.H. | | | |
| 4f-4 | Clothed photo of E.C.H. metadata in MacBook | | | |
| 4f-5 | **CP:** nude photo of E.C.H. metadata in MacBook | | | |
| 4f-6 | Clothed photo of E.C.H. | | | |
| 4f-7 | **CP:** nude photo of E.C.H. | | | |
| 4f-8 | Clothed photo of E.C.H. metadata in MacBook | | | |
| 4f-9 | **CP:** nude photo of E.C.H. metadata in MacBook | | | |
| 4f-10 | Clothed photo of J.M.D. | | | |
| 4f-11 | **CP:** nude photo of J.M.D. | | | |
| 4f-12 | Clothed photo of J.M.D. metadata in MacBook | | | |
| 4f-13 | **CP:** nude photo of J.M.D. metadata in MacBook | | | |
| 4g-1 | **CP:** screenshot of contents of SSV Folder | | | |
| 4g-2 | **CP:** screenshot of contents of SSV Folder | | | |
| 4g-3 | **CP:** screenshot of contents of SSV Folder | | | |
| 4h-1 | Attribution for Thumb Drive – Tatum Photo | | | |
| 4h-2 | Attribution for Thumb Drive – Tatum Photo | | | |
| 4h-3 | Attribution for Thumb Drive – Tatum Photo | | | |
| 4h-4 | Attribution for Thumb Drive – Tatum Photo | | | |
| 4h-5 | Attribution for Thumb Drive – Tatum Photo | | | |
| 4h-6 | Attribution for Thumb Drive – Wake Forest Letter | | | |
| 5a | **Physical Evidence:** MacBook Pro | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 5b | Photo of MacBook Pro (5a): inscription | | | |
| 5c | File Names with "PTHC" in the Title | | | |
| 5d | PLIST File – Recently Played Videos | | | |
| 5e | PLIST File – metadata | | | |
| 5f | Attribution for MacBook – Tatum Resume | | | |
| 5g | Attribution for MacBook – User Account | | | |
| 5h | MacBook - Metadata for Video of F.L., titled "IMG_1089" | | | |
| 5i | MacBook -Metadata for Video of F.L., titled "IMG_1090" | | | |
| 5j | MacBook -Metadata for Video of F.L., titled "IMG_1091" | | | |
| 5k | MacBook -Metadata for **CP:** M.C. Video | | | |
| 5L | MacBook -Metadata for Video of K.C., titled "IMG_3696" | | | |
| 6 | Photo: yearbook | | | |
| 7a | Photo: Bathroom in cabin | | | |
| 7b | Photo: Bathroom in cabin | | | |
| 8 | Screenshot of Deepsukebe | | | |
| 9a | Audio Excerpt of Interview with D. Tatum | | | |
| 9a-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9b | Audio Excerpt of Interview with D. Tatum | | | |
| 9b-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 9c | Audio Excerpt of Interview with D. Tatum | | | |
| 9c-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9d | Audio Excerpt of Interview with D. Tatum | | | |
| 9d-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9e | Audio Excerpt of Interview with D. Tatum | | | |
| 9e-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9f | Audio Excerpt of Interview with D. Tatum | | | |
| 9f-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9g | Audio Excerpt of Interview with D. Tatum | | | |
| 9g-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9h | Audio Excerpt of Interview with D. Tatum | | | |
| 9h-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 9i | Audio Excerpt of Interview with D. Tatum | | | |
| 9i-1 | Synchronized audio and transcript excerpt of Interview with D. Tatum | | | |
| 10a | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10b | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10c | Transcript of Audio Excerpt of Interview with D. Tatum | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 10d | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10e | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10f | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10g | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10h | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 10i | Transcript of Audio Excerpt of Interview with D. Tatum | | | |
| 11 | Medical Records of F.L. (902(11)) | | | |
| 12 | **Physical Evidence:** Forensic Image of My Passport HD | | | |
| 13a | Pumpkin Way – photo (front of house) | | | |
| 13b | Pumpkin Way – photo (office from entrance to room) | | | |
| 13c | Pumpkin Way – photo (HP as found on floor) | | | |
| 13d | Pumpkin Way – photo (meds from desk) | | | |
| 13e | Pumpkin Way – photo (front of house) | | | |

Respectfully submitted May 2, 2023.

DENA J. KING
UNITED STATES ATTORNEY

By: s/ *Daniel Cervantes*
Assistant United States Attorney
FL Bar Number: 40836
United States Attorney's Office
227 West Trade Street, Suite 1650

Charlotte, North Carolina 28202
Telephone: (704) 338-3115
daniel.cervantes@usdoj.gov

s/ *Mark T. Odulio*
Mark T. Odulio
Assistant United States Attorney
North Carolina Bar Number: 50011
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.338.3108
Fax: 704.344.6629
E-mail: Mark.Odulio@usdoj.gov