**FILED**
Charlotte, NC

MAY - 4 2023

Clerk, US District Court
Western District NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:22-cr-00157-KDB-DCK |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| DAVID TATUM | ) | |

We, the jury, return the following unanimous Verdict as the charges contained in the Superseding Bill of Indictment.

1. As to Count One, charging the defendant with a violation of 18 U.S.C. Section 2252A(a)(5)(B) from in or about July 2016 through on or about September 22, 2021, we, the jury, find the defendant:

    Guilty:__✓____       Not Guilty:_____

2. As to Count Two, charging the defendant with a violation of 18 U.S.C. Section 2251(a) and (e) from in or about July 2016 through in or about September 22, 2021, we, the jury, find the defendant:

    Guilty:__✓____       Not Guilty:_____

3. As to Count Three, charging the defendant with a violation of 18 U.S.C. Section 2252A(a)(1) from in or about July 2016 through in or about September 22, 2021, we, the jury, find the defendant:

    Guilty:__✓____       Not Guilty:_____

    ████████████████████

    _5/4/2023_____
    Date