504 Standish Dr
Syracuse, NY 13224

September 1, 2023
Re: Cancellation of David Tatum's
Sept. 12 hearing

RECEIVED
Charlotte, NC
SEP - 6 2023
Clerk, US District Court
W____ ___ NC

Dear Judge Bell,

My son, David Tatum, is currently being held in the Robert Deyton Detention Center awaiting sentencing. I am his legal power of attorney.

He has written a letter to you asking that the hearing regarding his request for a public defender be cancelled. However, he is afraid the letter won't get to you in time, so he asked me to write to you as well.

He would like to retain his attorney, Ryan Ames. We are sorry to cause the court the trouble to schedule & then unschedule this hearing.

Sincerely yours,
Peggy Tatum