IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-157-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **WRIT OF EXECUTION** |
| | ) | |
| DAVID TATUM, | ) | |
| Defendant. | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND PLAN ADMINISTRATOR:

An amended judgment was entered on January 29, 2024 (Document No. 98) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, David Tatum, whose last known address is XXXXXXXXXXX, Otisville, NY XXXXX, in the sum of $129,300.00. The sum consists of a special assessment of $300.00, a JVTA assessment of $15,000.00, an AVAA assessment of $84,000.00, and restitution of $30,000.00. No additional costs or interest were ordered. The balance on the account as of March 14, 2024, is $129,300.00.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3203(c)(2)(B) to satisfy the judgment by levying on property in which Defendant David Tatum, Social Security Number XXX-XX-6963, has a substantial nonexempt interest, and by executing upon the property being funds in the amount of $129,300.00 held in the Atrium Health 401(k) Retirement Savings Plan, Plan Number XXXX69-01, held in the name of David Arthur Tatum at the following address:

EMPOWER
ATTENTION: LEGAL DEPARTMENT
8515 EAST ORCHARD ROAD

GREENWOOD VILLAGE, CO 80111

YOU ARE FURTHER COMMANDED to turn over the proceeds of the levied property in the amount of $129,300.00 to the United States District Court Clerk of Court. The payment must be mailed to:

U.S. DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

The Clerk of Court shall accept and apply the levied funds to the outstanding monetary penalty debt. To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW3:22CR157 and Defendant's Name, David Tatum.

YOU ARE FUTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest, which is $129,300.00.

Signed: March 14, 2024

_____
David C. Keesler
United States Magistrate Judge